BRYAN v. ARNOLD. (Circuit Court of Appeals, Eighth Circuit. July 29, 1918.) No. 5220. Appeal from the District Court of the United States for the District of Colorado. R. R. Riley and George B. Gould, both of Colorado Springs, Colo., and J. E. Robinson, of Denver, Colo., for appellant. William C. Robinson, of Colorado Springs, Colo., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation of parties.

---

CHARLEY v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. August 12, 1918.) No. 5233. In Error to the District Court of the United States for the District of New Mexico. Frank J. Lavan and Catron & Catron, all of Santa Fé, N. M., for plaintiff in error. S. Burkhart, U. S. Atty., of Albuquerque, N. M.

PER CURIAM. Cause docketed, and writ of error dismissed, on motion of defendant in error, under rule 16 (188 Fed. xi, 109 C. C. A. xi), without costs to either party in this court.

---

CITY OF PRESCOTT, ARK., v. TOLAND et al. (Circuit Court of Appeals, Eighth Circuit. May 24, 1918.) No. 4893. In Error to the District Court of the United States for the Western District of Arkansas. Thomas C. McRae, William V. Tompkins, D. L. McRae, and Chas. H. Tompkins, all of Prescott, Ark., for plaintiff in error. W. E. Hemingway, George B. Rose, D. H. Cantrell, J. F. Loughborough, and Vincent M. Miles, all of Little Rock, Ark., for defendants in error.

PER CURIAM. Judgment of District Court reversed, without costs to either party in this court, and remanded, with instructions to render judgment for plaintiffs below, etc., per stipulation of parties.

---

DE GREE v. HINCHMAN. (Circuit Court of Appeals, Ninth Circuit. October 30, 1918.) No. 3202. In Error to the District Court of the United States for the District of Alaska, Division No. 1. J. H. Cobb, of Juneau, Alaska, for plaintiff in error. Cheney & Ziegler, of Juneau, Alaska, for defendant in error.

PER CURIAM. Motion of counsel for defendant in error for dismissal of writ of error, for noncompliance by plaintiff in error with provisions of rules 23 and 24 of the rules of practice of this court (231 Fed. v, vi, 144 C. C. A. v, vi), granted, and writ of error dismissed.